1  DENNIS M. GRADY, Bar No. 118461
   GRADY AND ASSOCIATES
2  3517 Camino Del Rio South, Suite 400
   San Diego, California 92108
3  Telephone: (619) 528-2530

4

5  Attorneys for Plaintiff, MARIA HUNGATE

FILED
06 DEC 20 AM 9:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**NUNC PRO TUNC**
DEC 1 5 2006

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HUNGATE, | Case No.: 05-CV-2296 WQH |
| Plaintiff, | **SUBSTITUTION OF REPRESENTATIVE** |
| v. | **JURY TRIAL DEMANDED** |
| DONALD WINTER, SECRETARY, DEPARTMENT OF THE NAVY | |
| Defendant. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:
   Maria Hungate, who was representing herself *pro se*, hereby substitutes Dennis M. Grady, Esq. as her attorney of record.

DATED: December 12, 2006       By _____
                                Dennis M. Grady, Esq.
                                Attorney for Plaintiff,
                                MARIA HUNGATE

DATED: December 14, 2006       By _____
                                Maria Hungate, Plaintiff

IT IS SO ORDERED
DATED _____
_____
UNITED STATES DISTRICT JUDGE

SUBSTITUTION OF ATTORNEY